USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monet Punter-Spencer,

                Plaintiff,

-against-

Charles E. Irving et al,

                Defendants.

1:18-cv-01959 (MKV) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall appear via Telephone for a conference in the above-captioned matter on Friday, October 23, 2020, at 10:00 a.m. to discuss the resolution of the fee dispute between Plaintiff's current and predecessor counsel (ECF No. 74). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
             October 21, 2020

_____
STEWART D. AARON
United States Magistrate Judge