USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monet Punter-Spencer,

               Plaintiff,

-against-

Charles E. Irving et al.,

               Defendants.

1:18-cv-01959 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. No later than November 4, 2020, Plaintiff's current counsel shall file its written pre-hearing submission.

2. No later than November 6, 2020, the parties shall file a joint letter regarding their availability for a remote hearing to occur in the month of November.

**SO ORDERED.**

DATED:    New York, New York
              October 23, 2020

_____
STEWART D. AARON
United States Magistrate Judge