```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Monet Punter-Spencer,

                Plaintiff,

-against-

Charles E. Irving et al.,

                Defendants.

1:18-cv-01959 (MKV) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, during which only Plaintiff's former counsel appeared, it is hereby Ordered as follows:

1. No later than November 23, 2020, the parties to the fee-related dispute shall file a joint letter regarding the agreed-upon procedures to be followed during the December 4, 2020 hearing, including the witnesses to be called, the technology platform to be used (*i.e.* Skype, Zoom, etc.) and the filing of supplemental affidavits. To the extent the parties cannot agree, they shall set forth their respective positions.

2. No later than November 23, 2020, Plaintiff's current counsel, Mr. Borrero, shall file contemporaneous time records, if any. If no such records exist, he shall indicate as such in the joint letter filed on the same date.

**SO ORDERED.**

DATED:    New York, New York
              November 16, 2020

_____
STEWART D. AARON
United States Magistrate Judge