

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020
```

One Dolson Avenue
Middletown, NY 10940
Voice: (855) 468-7626
Fax: (845) 343-0929

N.Y. offices:
Bronx
Manhattan
Middletown
Monticello
Newburgh
Poughkeepsie
Spring Valley

November 17, 2020

**U.S.D.C. via ECF & email: CourtMail@nysd.uscourts.gov**
**Stewart D. Aaron**
**United States Magistrate Judge**

**Re:    Punter-Spencer v Irving, et al.**
         **Case Number: 1:18-cv-01959**

Your Honor:

As the Court is aware, Robert Borrero from our office was handling the above referenced matter and is the person with the most in-depth knowledge and information in regard to same.

Unfortunately, Mr. Borrero has suffered a serious medical issue and will be out of the office for approximately 4-6 weeks, while he undergoes care/treatment.

We are therefore respectfully requesting an adjournment of these proceedings until his expected return, around the beginning of the new year.

We appreciate the Court's understanding and courtesies in this matter.

Thank you.

Respectfully submitted,

[signature]

Michael Wolff, Esq.

ENDORSEMENT: The Court wishes Mr. Borrero a speedy recovery. Mr. Wolff is directed to consult with Schulman Blitz, LLP, per my Individual Rules, and no later than 11/30/20, the parties shall submit a joint letter with proposed adjourned dates for the pre-hearing submissions due under my 11/16/20 Order (ECF No. 89) and for the hearing. SO ORDERED.
Dated: 11/18/2020     [signature: Stewart D. Aaron]

*cc:*   *Schulman Blitz, LLP via ECF & email: fred@schulmanblitz.com*
         *Gallo Vitucci & Klar via ECF & email:* **agarcia@gvlaw.com**