

One Dolson Avenue
Middletown, NY 10940
Voice: (855) 468-7626
Fax: (845) 343-0929

N.Y. offices:
Bronx
Manhattan
Middletown
Monticello
Newburgh
Poughkeepsie
Spring Valley

January 26, 2021

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/26/2021**

**U.S.D.C. via ECF & email: CourtMail@nysd.uscourts.gov
Stewart D. Aaron
United States Magistrate Judge**

**Re:    Punter-Spencer v Irving, et al.
       Case Number: 1:18-cv-01959**

Your Honor:

Please be advised that Matthew Vitucci was to testify tomorrow at the fee hearing. However, according to handling attorney, Ann Marie Garcia, he is dealing with family issues and will be unable to do so. As the handling Attorney, Ms. Garcia is in a position where she'll be able to testify in Mr. Vitucci's place. She knows/knew the carrier's position going into mediation and can speak to that.

I am seeking the Court's consent to permit Ms. Garcia to testify in Mr. Vitucci's place.

Thank you.

Respectfully submitted,

Robert E. Borrero, Esq.

*cc:*    *Schulman Blitz, LLP via ECF & email:* fred@schulmanblitz.com
        *Gallo Vitucci & Klar via ECF & email:* agarcia@gvlaw.com

Subject to any objection and cross-examination by Schulman Blitz, LLP, Mr. Garcia may testify at the remote hearing tomorrow. SO ORDERED.
Dated: 1/26/2021

*Stewart D. Aaron*

SoboLaw.com